UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                :     SEALED
                                              INDICTMENT
          - v. -                        :
                                              07 Cr. ____
DEBBIE STUKES,                          :
                                              **07 CRIM.  0238**
               Defendant.               :

- - - - - - - - - - - - - - - - - -x

COUNT ONE

The Grand Jury charges:

1. From in or about October 2000, through in or about December 2006, in the Southern District of New York and elsewhere, DEBBIE STUKES, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her own use, money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development ("HUD"), and did receive, conceal, and retain the same with intent to convert it to her own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, STUKES received approximately $22,685 in federal housing subsidies, to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Section 641.)


_/s/ Burger_                             _/s/ Michael J. Garcia_
FOREPERSON                               MICHAEL J. GARCIA
                                         United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DEBBIE STUKES,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 641)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.

*Judith Buy*

March 28, 2007
Indictment filed.
Ordered filed under seal.
Freeman, USMJ