ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA             :
                                     :   **ORDER**
         -v-                         :   07 Cr. 238
                                     :
DEBBIE STUKES,                       :
                                     :
              Defendant.             :
                                     :
- - - - - - - - - - - - - - - - - - - X

     Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Jenna M. Dabbs;

     It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

     ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
      May 9, 2007

MAY 0 9 2007

_____
UNITED STATE MAGISTRATE JUDGE

HON. MICHAEL H. DOLINGER
United States Magistrate Judge
Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DEBBIE STUKES,

          Defendant.

**ORDER**

07 Cr. 238

        MICHAEL J. GARCIA
            United States
            Attorney.