USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: MAY 1 0 2007

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 9, 2007

**SO ORDERED**

*[signature: George B. Daniel]*

HON. GEORGE B. DANIELS
MAY 1 0 2007

**BY FACSIMILE**
The Honorable George B. Daniels
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States v. Debbie Stukes**
      **07 Cr. 238 (GBD)**

Dear Judge Daniels:

Enclosed please find a copy of the indictment in the above-referenced case. The defendant was presented and arraigned today before the Honorable Michael H. Dolinger. A pretrial conference is scheduled before Your Honor on May 24, 2007 at 10:00 a.m.

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

By:   *[signature]*
      JULIAN J. MOORE
      Assistant United States Attorney
      (212) 637-2473

cc:   Steven Statsinger, Esq. (by facsimile)