# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

June 11, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 14 2007

**SO ORDERED**

*[signature]*
HON. GEORGE B. DANIELS
JUN 1 4 2007

**BY HAND DELIVERY**

Hon. George B. Daniels
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re: United States v. Debbie Stukes**
> **No. 07 Cr. 238 (GBD)**
> **Request for Bail Modification, on Consent**

Dear Judge Daniels:

I am writing to respectfully request that the Court modify Ms. Stukes' bail by permitting her to travel to Virginia between June 28, 2007 and July 1, 2007, for a family vacation.

I have spoken with AUSA Julian Moore, who consents to this modification.

Respectfully submitted,

*[signature]*

STEVEN M. STATSINGER
Assistant Federal Defender
(212) 417-8736

cc: AUSA Julian Moore