

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 10, 2007

**SO ORDERED**

*George B. Daniels*

HON. GEORGE B. DANIELS

JUL 1 3 2007

**BY HAND DELIVERY**
The Honorable George B. Daniels
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  **United States v. Debbie Stukes**
     **07 Cr. 238 (GBD)**

Dear Judge Daniels:

   The Government writes to inform you that the parties in the above-referenced case continue to discuss a possible disposition to this matter. Accordingly, both parties respectfully request that the pre-trial conference currently scheduled for July 12, 2007 at 9:30 a.m. be adjourned and time for a plea be scheduled for August 9, 2007 at 9:00 a.m.

   The Government respectfully requests that the Court exclude time until the date of the next court appearance, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial. Moreover, the parties are discussing a possible disposition to this case. Defense counsel consents to this request for the exclusion of time.

                                        Respectfully Submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney

                              By:       *Julian J. Moore*
                                        JULIAN J. MOORE
                                        Assistant United States Attorney
                                        (212) 637-2473

cc:   Steven Statsinger, Esq. (by facsimile)