```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :    MISDEMEANOR
                                    :    INFORMATION
        v.                          :
                                    :    S1 07 Cr. 238 (GBD)
DEBBIE STUKES,                      :
                                    :
                Defendant.          :
                                    :
------------------------------------x
```

COUNT ONE

The United States Attorney charges:

From in or about October 2000, through in or about December 2006, in the Southern District of New York and elsewhere, DEBBIE STUKES, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her own use, money and things of value of the United States and a department and agency thereof, the value of which did not exceed $1,000, to wit, STUKES knowingly converted to her use money from the United States Department of Housing and Urban Development, to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Sections 641 and 2.)

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ AUG 0 9 2007]*

*Michael J. Garcia* (signature)
MICHAEL J. GARCIA
United States Attorney