# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

December 21, 2007

Southern District of New York
John J. Byrnes
Attorney-in-Charge

**SO ORDERED**

*/s/ George B. Daniels*

HON. GEORGE B. DANIELS

JAN 0 3 2008

**BY HAND DELIVERY**

Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: **United States v. Debbie Stukes**
>     No. S1 07 Cr. 238 (GBD)
>     Request for Waiver of Restitution Interest

Dear Judge Daniels:

On November 29, 2007, the Court sentenced Ms. Stukes to, inter alia, $22,685 in restitution. At the time, I neglected to request that the Court waive the interest on that amount. See 18 U.S.C. § 3612(f) (interest accrues on restitution amounts that exceed $2,500, unless the Court finds that the "defendant does not have the ability to pay interest" and waives it).

As indicated in the presentence report, Ms. Stukes clearly lacks the ability to pay interest on the restitution order and, given the modest payment schedule set by the Court, it is likely that, if the interest is not waived, the interest on the balance will exceed the amount she repays. Thus, the restitution balance will grow, instead of decreasing, over time.

Accordingly, the Court should waive the interest on the restitution in this case.

Respectfully submitted,

*/s/ Steven M. Statsinger*

STEVEN M. STATSINGER
Assistant Federal Defender
(212) 417-8736

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: JAN 0 3 2008

cc: AUSA Julian Moore